UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>  Plaintiff,<br><br> v.<br><br>KEVIN COOK, Kings County Deputy District Attorney, STEVEN NGUYEN, Kings County Deputy District Attorney, and KEITH FAGUNDES, Kings County District Attorney,<br><br>  Defendants. | Case No.: 1:19-cv-01180-AWI-SKO<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT PRISONER'S TRUST FUND ACCOUNT STATEMENT |

**ORDER**

  Plaintiff is a prisoner proceeding pro se and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff appears to be indigent and qualify to proceed *in forma pauperis* under 28 U.S.C. § 1915. However, Plaintiff has not submitted a copy of his prisoner's trust fund account statement showing all account activity for the last 6 months as required by § 1915(a)(2). Thus, Plaintiff will be required to submit the statement within 21 days from the date of service of this order.

Accordingly, IT IS HEREBY ORDERED that:

**Within twenty-one (21) days from the date of service of this order, Plaintiff shall submit to the Court a copy of his prisoner's trust fund account statement showing all account activity over the last 6 months.**

IT IS SO ORDERED.

Dated: **September 3, 2019**          /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE