# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN COOK, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01180-AWI-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>**(Doc. 10)** |

Plaintiff Kareem J. Howell is a prisoner at California State Prison in Sacramento. On August 28, 2019, Plaintiff, proceeding pro se and *in forma pauperis,* filed a civil rights action under 42 U.S.C. § 1983 alleging claims against Defendants for violations of Plaintiff's First Amendment rights and Fourteenth Amendment due process rights. (Doc. 1 at 7–8.)

On January 27, 2020, Plaintiff, in response to the Court's December 10, 2010 order (Doc. 8), filed a notice voluntarily dismissing his case. (Doc. 10.) In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41(a)(1)(B) provides further that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Plaintiff filed his voluntary dismissal before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (1)(B). The Court

1 | therefore DIRECTS the Clerk of Court to close this case.

2 |

3 | IT IS SO ORDERED.

4 | Dated: **January 29, 2020**    /s/ *Sheila K. Oberto*

5 | UNITED STATES MAGISTRATE JUDGE